OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 26, 2006

Robert Clarke
Inverlussa House
Achnamara
Arguyll PA31 8Pt
Scotland

Stephen E. Jenkins, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington DE 19899

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899

  RE: Robert A. Clarke v. DRX, Inc. et al.
  <u>Civil Action No. 90-161 JJF</u>

Dear Counsel:

  The Clerks' Office is returning and/or disposing of exhibits located in its storage area, in accordance with the Court's Local Rule 79.1 (b) (2). We presently possess exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

  Please advise me no later than February 27, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

            Very truly yours,
            Peter T. Dalleo, Clerk

            *Anita Bolton*
            Anita Bolton
            Courtroom Deputy