OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 13, 2006

William Prickett, Esq.
Prickett, Jones &Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

RE:     Robert A. Clarke  v. Drx, Inc.
        Civil Action No. 90-161 JJF

Dear Mr. Prickett:

The Clerks Office is returning and/ or disposing of exhibits located in its storage area, in accordance with the Court's Local Rule 79.1(b)(2).  We presently possess exhibits for the above referenced case.  As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than April 21, 2006 whether you wish to retrieve the exhibits or have them discarded.  If the latter, I will need written consent.  Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

Anita Bolton
Courtroom Deputy